UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MOHAMMED ISLAM, ROBERT
D'ROZARIO, and MD JAMAL, on behalf of
themselves and others similarly situated,

        Plaintiffs,                        CLERK'S CERTIFICATE (ENV)

v.                                      14 CV 06818

QUINN RESTAURANT CORP. d/b/a THE
WATERS EDGE RESTAURANT, SINGH
HOSPITALITY GROUP, INC., HARENDRA
SINGH, and HALIM BANCHETTRA,

        Defendants.
-----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 26 2015 ★
BROOKLYN OFFICE

      I, DOUGLAS C. PALMER, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the docket entries in the above entitled action indicate that the Complaint was filed on November 20, 2014 and that Defendant Quinn Restaurant Corp. d/b/a The Water's Edge Restaurant was served with the Summons and Complaint pursuant to Rule 4(e)(2)(b) of the Federal Rules of Civil Procedure, with the proof of service filed on December 4, 2014. Defendant Singh Hospitality Group, Inc. was served with the Summons and Complaint pursuant to Rule 4(e)(2)(b) of the Federal Rules of Civil Procedure, with the proof of service filed on December 4, 2014. Defendant Harendra Singh was served with the Summons and Complaint pursuant to Rule 4(e)(2)(b) of the Federal Rules of Civil Procedure, with the proof of service filed on December 4, 2014. Defendant Halim Banchettra was served with the Summons and Complaint pursuant to Rule 4(e)(2)(b) of the Federal Rules of Civil Procedure, with the proof of service filed on December 4, 2014.

      I further certify that a review of the docket entries indicates that Defendants Quinn Restaurant Corp. d/b/a The Water's Edge Restaurant, Singh Hospitality Group, Inc., Harendra Singh, and Halim Banchettra have not filed an Answer to the Complaint herein nor otherwise moved with respect thereto, and that the time to answer the Complaint or to so move has expired.

      The default of Defendants Quinn Restaurant Corp. d/b/a The Water's Edge Restaurant, Singh Hospitality Group, Inc., Harendra Singh, and Halim Banchettra is hereby noted pursuant

to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: *Jan. 26*, 2015
Brooklyn, New York

                                                          Douglas C. Palmer
                                                          Clerk of the Court

                                                          *Janet Hamilton*
                                                          By: Deputy Clerk